Cesar F. CORNEJO, Relator,

v.

RELEASE COATINGS OF MINNE-
APOLIS, and Minnesota Workers'
Comp. Assigned Risk Plan/Occupational
Healthcare Management Servs., Respon-
dents.

No. C1–98–849.

Supreme Court of Minnesota.

July 28, 1998.

David R. Ludwigson, St. Paul, for relator.

Cousineau, McGuire & Anderson, Char-
tered, Thomas F. Coleman, Minneapolis, for
Respondents.

## ORDER

Based upon all the files, records and pro-
ceedings herein,

IT IS HEREBY ORDERED that
the decision of the Workers' Compensation
Court of Appeals filed April 15, 1998, be, and
the same is, affirmed as modified and the
matter remanded to the compensation judge
for further proceedings. The Workers'
Compensation Court of Appeals reversed the
employee-relator's award of rehabilitation as-
sistance as premature where the employer-
respondent had a history of attempting to
accommodate relator's disability and where,
at the compensation hearing, the employee
was still under medical management due to
surgery. Where, as a general rule, a reha-
bilitation determination should be made
when the nature and extent of permanent
disability and its effect on the employee are
known, *Langa v. Fleischmann–Kurth Malt-
ing Co.*, 481 N.W.2d 35, 37 (Minn.1992), we
agree that the award made here was prema-
ture. At the same time, it seems that suffi-
cient time has now elapsed that the compen-
sation judge could evaluate the employee's
functional capacities and the extent to which
the employer has accomplished rehabilitation
objectives on its own. Therefore, we remand
the matter to the compensation judge for
further proceedings, including submission
and consideration of further evidence. *Cf.
Gackstetter v. Johnson/Midwest Coca Cola
Bottling*, 511 N.W.2d 439 (Minn.1994).

BY THE COURT:

/s/ Edward C. Stringer
Edward C. Stringer
Associate Justice